RENAULT et al., Respondents, v. HERRICK et al., Appellants. (Supreme Court, Ap-

pellate Division, First Department. December 11, 1908.) Action by Georges Renault and another against Walter R. Herrick and others. C. C. Sanders, for appellants. H. M. Bellinger, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RICE, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) Action by Wilbur W. Rice against the Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.